

# United States District Court
### Middle District of Florida
### 80 North Hughey Avenue
### Orlando, Florida 32801

Gregory A. Presnell
United States District Judge

407/835-4301

May 3, 2007

RECEIVED 2007 MAY 10 A 10: 03 FINANCIAL DISCLOSURE OFFICE

Judge Ortrie D. Smith, Chair
Judicial Conference of the U.S.
Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

Dear Judge Smith:

This letter responds to yours of April 25, 2007 and will supplement my 2006 report as follows:

1. Part IV, Line 1 – the dates of travel were February 23-24, 2006;

2. Part VI, Page 9, Line 98 – Vanguard;

3. Part VII, P. 11, Line 132 of my 2005 report was listed in error and thus deleted from the 2006 report.

Sincerely



Encl.–3 copies

| AO 10<br>Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Presnell, Gregory A | 2. Court or Organization<br><br>Middle Dist/FL, Orlando Div. | 3. Date of Report<br><br>03/26/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,　　　Date<br>☐ Initial　　☒ Annual　　☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>80 North Hughey Avenue<br>Room 300<br>Orlando, FL 32801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐　NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.　President | Residential Homeowners Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 APR -2 A 10:17 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒　NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 03/26/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Akerman, Senterfitt & Eidson law firm compensation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American College of Trial Lawyers | Speaker at Tri-State meeting, Sea Island, GA; lodging and meals |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Presnell, Gregory A | 03/26/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | P.S.M. Holding, Inc. | Air travel, roundtrip Orlando/Miami (2) (Feb. 2006) | $ 400.00 |
| 2. | P.S.M. Holding, Inc. | Air travel, roundtrip Orlando/Watertown, SD (Oct. 2006) | $ 450.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank Account #1 (GP) | A | Interest | K | T | | | | | |
| 2. SunTrust Bank Account #2 ▮▮▮ | A | Interest | L | T | | | | | |
| 3. | | | | | | | | | |
| 4. Brokerage Account (MS-GP) | | | | | | | | | |
| 5. Nuveen Mun. Value Fund | B | Interest | K | T | | | | | |
| 6. Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 7. MSDW Div. Growth Fund | A | Dividend | | | Sell | 8/17 | J | A | |
| 8. Real Estate Fund | B | Dividend | J | T | | | | | |
| 9. Cape Coral Bd. | A | Interest | J | T | | | | | |
| 10. US Treas Bd. | A | Interest | J | T | Part. Redeem | 11/15 | J | A | |
| 11. I Shares Emer. Mkt | A | Dividend | J | T | | | | | |
| 12. I Shares Gold Sachs NR | A | Dividend | J | T | | | | | |
| 13. I Shares MSCI-EAFE | A | Dividend | J | T | | | | | |
| 14. I Shares Russ. 2000 | A | Dividend | J | T | | | | | |
| 15. I Shares Russ. 1000 | A | Dividend | J | T | | | | | |
| 16. Amex S&P 500 | A | Dividend | J | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Account (MS-███) | | | | | | | | | |
| 19. Nuveen Mun. Value Fund | A | Dividend | J | T | | | | | |
| 20. Liquid Asset Fund | A | Dividend | K | T | | | | | |
| 21. MSDW Growth Fund | | None | | | Sell | 8/16 | J | A | |
| 22. MSDW Global Div. Gr. | A | Dividend | J | T | | | | | |
| 23. MSDW Div. Gr. Fund | A | Dividend | | | Sell | 8/16 | J | A | |
| 24. Quality Inc. Trust | A | Dividend | J | T | | | | | |
| 25. Putnam U.S. Gov't | A | Dividend | J | T | | | | | |
| 26. U.S. Gov't Sec. | A | Dividend | J | T | | | | | |
| 27. Amex S&P 500 | A | Dividend | J | T | | | | | |
| 28. I Shares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 29. I Shares Russell 1000 Val. | A | Dividend | J | T | Buy | 2/24 | J | | |
| 30. Broward Co. W&S Bd. | A | Interest | J | T | | | | | |
| 31. Alliance Berger Muni-Fi | A | Dividend | J | T | | | | | |
| 32. Franklin Real Estate | A | Dividend | J | T | | | | | |
| 33. Allianz Sm. Cap | A | Dividend | J | T | | | | | |
| 34. Putnam U.S. Gov't--Note 1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Presnell, Gregory A | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Templeton Foreign Fd. | A | Dividend | J | T | | | | | |
| 36. Amex 500 Index | A | Dividend | J | T | | | | | |
| 37. Bank CD | A | Interest | | | Redeem | 2/17 | L | A | |
| 38. Hernando Cty Bd. | A | Interest | J | T | | | | | |
| 39. Hillsborough Cty Bd. | A | Interest | J | T | | | | | |
| 40. Ocala W&S Bd. | A | Interest | J | T | | | | | |
| 41. St. Johns Cty Bd. | A | Interest | J | T | | | | | |
| 42. I Shares Russ. 2000 | A | Dividend | J | T | Buy | 2/24 | J | | |
| 43. I Shares MSCI Emer. | A | Dividend | K | T | | | | | |
| 44. I Shares Lehman | A | Dividend | J | T | | | | | |
| 45. I Shares Goodman Sachs | A | Dividend | J | T | | | | | |
| 46. I Shares MSCI EAFE | A | Dividend | J | T | Buy | 2/24 | J | | |
| 47. Fidelity NASDAQ | A | Dividend | J | T | | | | | |
| 48. I Shares S&P Mid Cap 400 | A | Dividend | J | T | Buy | 2/24 | J | | |
| 49. I Shares DJ Select | A | Dividend | J | T | Buy | 2/24 | J | | |
| 50. Bank CD | A | Interest | J | T | Buy | 6/14 | L | | |
| 51. STI Tax Exempt Bd. Fund | C | Dividend | M | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53.   Vanguard Account (GP) | | | | | | | | | |
| 54.   Prime MM Fund | A | Dividend | J | T | | | | | |
| 55.   Total Bond Mkt. | B | Dividend | K | T | | | | | |
| 56.   Fl. Tax Exempt | B | Dividend | K | T | | | | | |
| 57.   Tax-Managed Bal. Fd. | B | Dividend | K | T | | | | | |
| 58.   Asset Allocation Fd. | A | Dividend | K | T | | | | | |
| 59.   Euro Stock Index | A | Dividend | J | T | | | | | |
| 60.   Health Care | B | Dividend | K | T | | | | | |
| 61.   Extended Market | A | Dividend | K | T | | | | | |
| 62.   Pacific Stock Index | A | Dividend | J | T | | | | | |
| 63.   REIT Index | B | Dividend | K | T | | | | | |
| 64.   Sm Cap. Index | A | Dividend | K | T | | | | | |
| 65.   Tax-Managed G&I | A | Dividend | K | T | | | | | |
| 66.   Tax-Managed Inter'l | A | Dividend | K | T | | | | | |
| 67.   Windsor II | B | Dividend | L | T | | | | | |
| 68.   GNMA Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | T =Cash Market | | |
| | U =Book Value | W =Estimated | S =Assessment | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Inter-Term Bd. Index | A | Dividend | J | T | | | | | |
| 70. Short-Term Bd. Index | A | Dividend | J | T | | | | | |
| 71. Strategic Equity Fd. | B | Dividend | K | T | | | | | |
| 72. Emerging Mkt. Stock Index | A | Dividend | K | T | | | | | |
| 73. | | | | | | | | | |
| 74. Vanguard Acct- | | | | | | | | | |
| 75. Mid-Cap | A | Dividend | K | T | Buy | 3/13 | J | | |
| 76. Mid-Cap (Note 2) | | | | | Buy | 11/13 | J | | |
| 77. Prime MM Fd. | A | Dividend | L | T | Buy | 3/3 | K | | |
| 78. GNMA Fund | A | Dividend | J | T | | | | | |
| 79. Emerging Mkts Stock Index | A | Dividend | K | T | Buy | 3/13 | J | | |
| 80. Equity Income Fd. | B | Dividend | K | T | Buy | 11/13 | J | | |
| 81. Global Equity Fd. | A | Dividend | K | T | Buy | 3/13 | J | | |
| 82. Global Equity Fd.--Note 2 | | | | | Buy | 11/13 | J | | |
| 83. 500 Index Fd. | A | Dividend | K | T | Buy | 11/13 | J | | |
| 84. REIT Index Fd. | A | Dividend | K | T | Buy | 11/13 | J | | |
| 85. Sm. Cap. Index Fd. | A | Dividend | K | T | Buy | 3/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Sm. Cap. Index Fd.--Note 2 | | | | | Buy | 11/13 | J | | |
| 87. Total Stock Mkt. Index | A | Dividend | J | T | Buy | 11/13 | J | | |
| 88. Windsor II Fd. | B | Dividend | K | T | Buy | 3/13 | J | | |
| 89. Windsor II Fd.--Note 2 | | | | | Buy | 11/13 | J | | |
| 90. Total Bond Mkt. Index | A | Dividend | K | T | Buy | 11/18 | J | | |
| 91. Inflation Protected Sec. | A | Dividend | J | T | | | | | |
| 92. Fl. L.T. Tax Ex. | A | Dividend | K | T | Buy | 11/13 | J | | |
| 93. Select Fal. Fd. | B | Dividend | K | T | Buy | 11/13 | J | | |
| 94. Strategic Equity Fund | A | Dividend | K | T | Buy | 3/13 | K | | |
| 95. Strategic Equity Fund--Note 2 | | | | | Buy | 11/13 | J | | |
| 96. | | | | | | | | | |
| 97. Vanguard Annuity ███ | | | | | | | | | |
| 98. Money Market | | None | J | T | Part Sell | 3/23 | J | A | |
| 99. Total Bond Market | | None | K | T | Part Sell | 3/23 | J | A | |
| 100. Short Term Corp. | | None | J | T | | | | | |
| 101. Balanced | | None | J | T | | | | | |
| 102. Diversified Value | | None | J | T | Part Sell | 3/23 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Equity Income | | None | J | T | | | | | |
| 104. Equity Index | | None | J | T | Part Sell | 3/23 | J | A | |
| 105. Growth | | None | J | T | Buy | 3/23 | J | | |
| 106. Mid-Cap Index | | None | J | T | Part Sell | 3/23 | J | A | |
| 107. REIT Index | | None | J | T | Part Sell | 3/23 | J | B | |
| 108. Small Co. Growth | | None | J | T | | | | | |
| 109. International | | None | J | T | Buy | 3/23 | J | | |
| 110. High Yield Bond | | None | J | T | Buy | 3/23 | J | | |
| 111. | | | | | | | | | |
| 112. Boggy Creek Ltd.-Orange County, FL | A | Distribution | J | W | | | | | |
| 113. Jetport Ltd., Orange County, FL | E | Distribution | M | W | | | | | |
| 114. Wetherbee Ltd., Orange County, FL | | None | N | W | | | | | |
| 115. Airport Industrial, Ltd., Orange County, FL | A | None | M | W | | | | | |
| 116. | | | | | | | | | |
| 117. IRA (MS-███ | | | | | | | | | |
| 118. MSDW Global Div. Growth Fund | A | Dividend | J | T | | | | | |
| 119. MSDW U.S. Govn't Securities | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MSDW Div. Growth | B | Dividend | J | T | | | | | |
| 121. Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 122. Real Estate Fund | B | Dividend | J | T | | | | | |
| 123. Amex S&P 500 | A | Dividend | J | T | | | | | |
| 124. I Shares MSCI-EAFE | A | Dividend | J | T | Buy | 11/22 | J | | |
| 125. I Shares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 126. I Shares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 127. I Shares Russell 2000 Index | A | Dividend | K | T | | | | | |
| 128. Pimco High Yield | A | Dividend | J | T | | | | | |
| 129. Pimco Total Return | A | Dividend | J | T | Buy | 11/26 | J | | |
| 130. I Shares Emer. Mkt. | A | Dividend | J | T | | | | | |
| 131. I Shares Goldman NR | A | Dividend | J | T | | | | | |
| 132. I Shares Trust Lehman | A | Dividend | J | T | | | | | |
| 133. | | | | | | | | | |
| 134. IRA (NFS-GP) | | | | | | | | | |
| 135. Franklin Mtg Portfolio | D | Dividend | M | T | | | | | |
| 136. Fidelity Cash Reserves | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month –<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Fidelity Real Estate | C | Dividend | K | T | Part sell | 9/13 | J | C | |
| 138. JP Morgan RE | C | Dividend | K | T | Part sell | 9/15 | J | C | |
| 139. Wilshire Lg. Gr. | A | Dividend | M | T | | | | | |
| 140. Dreyfus Emer. Mkt. | D | Dividend | L | T | Part sell | 9/15 | K | D | |
| 141. Neuberger | A | Dividend | J | T | | | | | |
| 142. Harbor Int'l | C | Dividend | M | T | Part sell | 9/13 | K | E | |
| 143. I Shares Russell 1000 Val. | B | Dividend | L | T | | | | | |
| 144. Pimco Emerg. Mkts. Bd. | B | Dividend | K | T | | | | | |
| 145. T. Rowe Price Int'l Bd. | C | Dividend | L | T | | | | | |
| 146. SEI High Yield | A | Dividend | J | T | | | | | |
| 147. U.S. Treas. | A | Interest | | | Sell | 5/15 | K | A | |
| 148. U.S. Treas. | B | Interest | | | Sell | 11/15 | K | A | |
| 149. U.S. Treas. | B | Interest | K | T | | | | | |
| 150. U.S. Treas. | B | Interest | K | T | | | | | |
| 151. Vanguard Explorer | C | Dividend | K | T | | | | | |
| 152. Wilshire Lg. Gr.--Note 3 | | | | | | | | | |
| 153. I Shares Russell 200 Val. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. I Shares TIPS | B | Dividend | K | T | | | | | |
| 155. Pimco Real Return | C | Dividend | L | T | | | | | |
| 156. Ishs DJ Div. Index | B | Dividend | L | T | | | | | |
| 157. Ishs IBOXX--Note 4 | B | Dividend | K | T | | | | | |
| 158. | | | | | | | | | |
| 159. GP/ IRA-NFS | | | | | | | | | |
| 160. Brandywine Blue | A | Dividend | J | T | Buy | 9/13 | J | | |
| 161. Harbor Bond Inst.--Note 5 | C | Dividend | L | T | Buy | 4/13 | J | | |
| 162. Loomis Sayles Bond | B | Dividend | L | T | Buy | 9/13 | L | | |
| 163. | | | | | | | | | |
| 164. AS&E PS Acct. ██ (Note 6) | | | | | | | | | |
| 165. Montag & Caldwell Growth Fund | | | | | Sell | 3/31 | K | | |
| 166. SunTrust Stable Asset Fund | | | J | T | | | | | |
| 167. Templeton Inst. For Eq. | | | | | Sell | 9/30 | K | | |
| 168. T. Rowe Price Mid. Cap. | | | K | T | | | | | |
| 169. Franklin Sm. Cap. Growth | | | K | T | | | | | |
| 170. Dreyfus Mid Cap | | | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | |
| | Q =Appraisal | V =Other | S =Assessment | | | |
| | U =Book Value | | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  Franklin Bal Sheet | | | K | T | | | | | |
| 172.  Pimco Total Return | | | M | T | | | | | |
| 173.  Oppenheimer Dev. Mkt. | | | L | T | | | | | |
| 174.  Artisan Int'l | | | K | T | | | | | |
| 175.  Oakmark Fund | | | L | T | | | | | |
| 176.  Vanguard 500 Index | | | L | T | | | | | |
| 177. | | | | | | | | | |
| 178.  ⬤AS&E PS | | | | | | | | | |
| 179.  Artisan Mid-Cap Val. | | | K | T | Buy | 3/31 | K | | |
| 180.  Alliance Bernstein Intern'l | | | K | T | Buy | 9/30 | K | | |
| 181. | | | | | | | | | |
| 182.  NFS ⬤ | | | | | | | | | |
| 183.  Fidelity U.S. Gov't Reserves (Cash) | A | Dividend | K | T | | | | | |
| 184.  Dade County Bond | A | Interest | J | T | | | | | |
| 185.  West Palm Beach Bond | A | Interest | K | T | | | | | |
| 186.  Hillsborough County Bond | A | Interest | J | T | | | | | |
| 187.  SEI Sm. Cap. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. South Broward Hosp. Bd. | A | Interest | | | Redeem | 5/1 | J | A | |
| 189. I Shares Russell 1000 Val | A | Dividend | K | T | Buy | 3/22 | K | | |
| 190. I Shares Russell 1000 Gr. | A | Dividend | K | T | Buy | 3/22 | J | | |
| 191. NASDAQ 100 | A | Dividend | J | T | | | | | |
| 192. Royce Low Price | A | Dividend | J | T | | | | | |
| 193. Fidelity R.E. | B | Dividend | K | T | Part sell | 8/15 | J | C | |
| 194. Dreyfus Emer. Mkt. | C | Dividend | J | T | | | | | |
| 195. Harbor Int'l | B | Dividend | K | T | Buy | 3/20 | J | | |
| 196. I Shares Cohen & Steers | B | Dividend | J | T | Part sell | 8/15 | J | B | |
| 197. I Shares Russ 2000 | A | Dividend | J | T | Buy | 3/22 | J | | |
| 198. I Shares S&P Mid-Cap 400 | A | Dividend | J | T | | | | | |
| 199. Pimco Emer. Mkt. Bd. | A | Dividend | J | T | | | | | |
| 200. T. Rowe Price Int'l Bd. | A | Dividend | | | Sell | 8/15 | J | A | |
| 201. Vanguard Inter. Tax Ex. | B | Dividend | K | T | Buy | 3/20 | K | | |
| 202. I Shares Goldman | A | Dividend | | | Sell | 3/22 | J | A | |
| 203. I Shares TIP Bd. | A | Dividend | K | T | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. NFS-▬ | | | | | | | | | |
| 206. iShares MSCI Emer. Mkt. | A | Dividend | J | T | Buy | 3/22 | J | | |
| 207. Tampa Hillsborough Expy. | A | Interest | K | T | Buy | 7/26 | K | | |
| 208. Dodge & Cox Intern'l | A | Dividend | J | T | Buy | 3/20 | J | | |
| 209. Fidelity Tax Free Bd. | A | Interest | J | T | Buy | 11/21 | J | | |
| 210. Loomis Sayles Bd. | A | Dividend | J | T | Buy | 11/21 | J | | |
| 211. iShares Russell 2000 Val.--Note 7 | A | Distribution | J | T | Part sell | 8/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date  3/26/07

NOTE: ANY INDIV̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶SIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544